# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Raoul Kevin Cole<br><br>Date of Original Judgment: September 16, 2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 7:08-CR-47-1F<br>) USM No: 70334-056<br>)<br>) Laura S. Wasco<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  195 months on Count 1
Counts 2 & 3 remain 120 months per count, concurrent.


If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*


Except as otherwise provided, all provisions of the judgment(s) dated    September 16, 2008
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  5/19/14                    /s/ James C. Fox
                                          Judge's signature

Effective Date: _____                   James C. Fox, Senior U.S. District Judge
    *(if different from order date)*                *Printed name and title*

EDNC Rev. 11/8/2011